# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

```
                    FILED
                  AUG - 9 2011
             CLERK, U.S. DISTRICT COURT
                DISTRICT OF NEVADA
             BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CR-262 KJD-RJJ |
| MELISSA SALAICES, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On August 9, 2011, defendant MELISSA SALAICES, pled guilty to Counts One and Two of a Two-Count Criminal Information charging her in Count One with Conspiracy to Distribute a Controlled Substance - Cocaine in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and in Count Two with Conspiracy to Distribute a Controlled Substance - Oxycodone in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Information and in the Plea Memorandum.

This Court finds that MELISSA SALAICES shall pay a criminal forfeiture money judgment of $14,200.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Sections 853(a)(1) and (p).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MELISSA SALAICES a criminal forfeiture money judgment in the amount of $14,200.00 in United States Currency.

DATED this 9th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

2