DANIEL G. BOGDEN
United States Attorney
CRANE M. POMERANTZ
PATRICK WALSH
Assistant United States Attorneys
333 South Las Vegas Blvd., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MELISSA SALAICES, <br><br> Defendant. | 2:11-cr-0262-KJD-RJJ <br><br> UNITED STATES' EX-PARTE MOTION TO UNSEAL |

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Crane M. Pomerantz, Assistant United States Attorney, and hereby moves this Court to unseal the above-captioned matter. The United States believes it is obligated to produce the defendant's information and plea as discovery in <u>United States v. Wetselaar</u>, et. al., 2: 11-CR-00347-KJD-RJJ. Out of an abundance of caution, it seeks for the case to be unsealed before these items are produced in discovery.

DATED this 16th day of November 2011.

DANIEL G. BOGDEN
United States Attorney

*/s/ Crane M. Pomerantz*

CRANE M. POMERANTZ
Assistant United States Attorney

**IT IS SO ORDERED.**

*/s/ Robert J. Johnston*
UNITED STATES DISTRICT JUDGE

DATED: November 17, 2011