FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 1 1 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CR-262-KJD (RJJ) |
| MELISSA SALAICES, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on August 9, 2011, that MELISSA SALAICES shall pay a criminal forfeiture money judgment of $14,200.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Sections 853(a)(1) and (p). Order of Forfeiture. ECF No. 40.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MELISSA SALAICES a criminal forfeiture money judgment in the amount of $14,200.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 21, United States Code, Sections 853(a)(1) and (p).

DATED this 11th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE